UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| AMA SYSTEMS, LLC, et al, | * |
| Plaintiffs, | * |
| v. | *    Case No. 1:21-cv-01472-JRR |
| 3B TECH, INC., et al, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STATUS REPORT

Plaintiffs AMA Systems, LLC and Bluemar Promotions, LLC, and Defendants 3B Tech, Inc., Pro-Com Products, Inc., Salusen, Inc., Johnny Zhu, Brett Barbour, and Michael Johnson, by their respective counsel, pursuant to this Court's Order [ECF 167], hereby submit a Joint Status Report and Proposed Pre-Trial Scheduling Order as follows:

1. The Parties have already been referred to Magistrate Judge Miller for a settlement conference, which took place on Thursday, October 9, 2025.

2. This matter is set to proceed as a jury trial. Plaintiffs believe a 5 day jury trial is sufficient for the parties to present their claims and defenses. Defendants believe that 5 days is an estimated trial length and it may take longer.

3. The Parties understand following a joint call with Chambers that 5-to-10-day jury trials are currently being scheduled beginning in October 2026. The Parties are available to begin trial on the following days:

    i. October 5, 2026

    ii. October 19, 2026

    iii. October 26, 2026

To the extent the Court has earlier trial availability, the Parties are also available for trial to begin on June 22, 2026, July 6, 20206, July 13, 2026 or July 20, 2026.

The Parties will provide additional availability upon request of the Court.

4. The Parties propose the following proposed deadlines to be included in a Pre-Trial Scheduling Order, assuming trial commencement dates of October 5, 19 or 26, 2026:

| Event Description | Deadline |
|---|---|
| Plaintiffs' draft pre-trial order due to Defendants<br><br>Plaintiffs' jury instructions and verdict form due to Defendants | Plaintiffs' Proposal:   May 26, 2026<br>Defendants' Proposal:   7 weeks before motions *in limine* deadline |
| Defendants' additions/revisions to draft pre-trial order due to Plaintiffs<br><br>Defendants' jury instructions and verdict form due to Plaintiffs | Plaintiffs' Proposal:   June 15, 2026<br>Defendants' Proposal:   4 weeks before motions *in limine* deadline |
| Motions *in limine* | Plaintiffs' Proposal:   July 13, 2026 or July 20, 2026<br>Defendants' Proposal:   8 weeks before pretrial conference/motions *in limine* hearing |
| Oppositions to motions *in limine* | Plaintiffs' Proposal:   3 weeks after motions *in limine* deadline, or August 3, 2026 or August 10, 2026<br>Defendants' Proposal:   3 weeks after motions *in limine* deadline |
| Replies to oppositions to motions *in limine* | Plaintiffs' Proposal:   2 weeks after the deadline to file Oppositions to *motions in limine*, or August 17, 2026 or August 31, 2026<br>Defendants' Proposal:   5 weeks after motions *in limine* deadline |
| Parties' jointly proposed pre-trial order | Plaintiffs' Proposal:   2 weeks before the Pretrial conference/motions *in limine* hearing or August 31, 2026<br>Defendants' Proposal:   1 week after motions *in limine* replies or 2 weeks before the Pretrial conference/motions *in limine* hearing |

| | |
|---|---|
| Proposed voir dire, jury instructions, and special verdict forms | Plaintiffs' Proposal:   2 weeks before the Pretrial conference/motions *in limine* hearing or August 31, 2026<br>Defendants' Proposal:   2 weeks before the Pretrial conference/motions *in limine* hearing |
| Pretrial conference/motions *in limine* hearing | Plaintiffs' Proposal:   September 14 or September 15, 2026<br>Defendants' Proposal:   To be determined |
| Trial | October __, 2026 |

Dated: October 14, 2025

Jointly and Respectfully Submitted,

By Counsel,

/s/     Madelaine Kramer Katz
M. Celeste Bruce (Bar No. 10710)
Madelaine Kramer Katz (Bar No. 19760)
Rifkin Weiner Livingston LLC
7700 Wisconsin Ave, Suite 320
Bethesda, Maryland 20814
cbruce@rwllaw.com
mkatz@rwllaw.com
301.951.0150 (p)
301.951.0172 (f)
*Counsel for Plaintiffs*

/s/     Brian M. Barke
James S. Maxwell (Bar No. 04195)
Brian M. Barke (Bar No. 12991)
Maxwell Barke & Zuckerman LLC
51 Monroe Place, Suite 806
Rockville, Maryland 20850
maxwell@maxlaw.us
barke@maxlaw.us
Telephone: (301) 309-8300
Telecopier: (301) 309-8303
*Counsel for Defendants 3B Tech, Inc., Pro-Com Products, Inc., Salusen, Inc., Johnny Zhu, Brett Barbour,* and *Michael Johnson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of October 2025 a true copy of the foregoing was served by the Court's CM/ECF system on all counsel of record as follows:

>James S. Maxwell – Bar No. 04195
>Brian M. Barke – Bar No. 12991
>Maxwell Barke & Zuckerman LLC
>51 Monroe Place, Suite 806
>Rockville, Maryland 20850
>Tel: 301-309-8300
>Fax: 301-309-8308
>maxwell@maxlaw.us
>barke@maxlaw.us
>*Counsel for Defendants*


>             /s/ Madelaine Katz
>M. Celeste Bruce (Bar No. 10710)
>Madelaine Kramer Katz (Bar No. 19760)
>Rifkin Weiner Livingston LLC
>7700 Wisconsin Ave, Suite 320
>Bethesda, Maryland 20814
>cbruce@rwllaw.com
>mkatz@rwllaw.com
>301.951.0150 (p)
>301.951.0172 (f)
>*Counsel for Plaintiffs*