IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **AMA SYSTEMS, LLC**, *et al.*, <br><br> *Plaintiffs/ Counter-Defendants*, <br><br> v. <br><br> **3B TECH, INC.**, *et al.*, <br><br> *Defendants/ Counter-Plaintiffs*. | **Civil Action No. 1:21-cv-01472-JRR** |

**PRETRIAL SCHEDULING ORDER**

| Event Description | Deadline |
|---|---|
| Motions *in limine* | September 4, 2026 |
| Plaintiff's draft pre-trial order due to Defendant | September 8, 2026 |
| Oppositions to motions *in limine* | September 18, 2026 |
| Defendant's proposed revisions and additions to pre-trial order due to Plaintiff | September 22, 2026 |
| Replies to oppositions to motions *in limine* | October 2, 2026 |
| Parties' jointly proposed pre-trial order | October 6, 2026 |
| Proposed voir dire, jury instructions, and special verdict forms | October 7, 2026 |
| Pretrial conference/motions *in limine* hearing | October 21, 2026 at 10:00 a.m. in Courtroom 3A |
| Jury trial (five-to-ten days) | October 26, 2026 in Courtroom 3A |

Date: October 21, 2025

/s/
Julie R. Rubin
United States District Judge